UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04070-MWC-DMK (**Adelanto**) Date: August 13, 2026

Title: Miguel Sanchez Gonzalez v. Department of Homeland Security

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE AS TO PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER (DKT. [8]) (A No. 246-061-867)**

Having reviewed Petitioner Miguel Sanchez Gonzalez's ("Petitioner") *Ex Parte* Application for Temporary Restraining Order (Dkt. # 8, "Application"), the Court **ORDERS** as follows:

1. Petitioner (A No. 246-061-867) may not be removed from the Central District of California pending further order of the Court. Respondents are cautioned that sanctions may be imposed if Respondents take any action impairing Petitioner's ability to obtain complete relief.
2. Respondents shall file an opposition no later than **Monday, August 17, 2026**.
3. Petitioner shall file a reply no later than **Wednesday, August 19, 2026**.
4. Unless the Court orders otherwise, Petitioner's Application will be deemed submitted, without oral argument, on either:
    a. the day the opposition is filed, or due and not filed; or
    b. the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

The Clerk of Court shall serve this Order on Respondents forthwith.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04070-MWC-DMK (**Adelanto)** Date: August 13, 2026

Title: Miguel Sanchez Gonzalez v. Department of Homeland Security

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ